# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

ROBERT M. SHIRLEY

DEBTOR(S),

Case No. 07 B 06770

Chapter 13

Judge Jacqueline Cox

## BANK OF AMERICA'S RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

**NOW COMES** BANK OF AMERICA, a secured creditor herein, by and through its attorneys, CODILIS & ASSOCIATES, P.C. and responds as follows:

1. That Bank of America did file a claim with pre-petition arrears totaling $5,148.96;

2. That the confirmed plan only had pre-petition arrears totaling $2,383.00;

3. That the Debtor has agreed to pay the higher claim amount of $5,148.96;

4. That Bank of America will file a Motion to Amend Confirmation Order to correct their arrears. The Debtor will have no objection to this motion.

Dated: July 1, 2008

Respectfully Submitted,

CODILIS & ASSOCIATES, P.C.

By: /s/ Jose G. Moreno

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527  (630) 794-5300
**C&A File No. 14-08-13397**

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.